# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0247. BONNIE MCCALLUM-WALTERS/WILLIAMS v. MCINTOSH COUNTY PROBATE COURT et al.

Derek Williams filed a petition for ancillary probate in solemn form in McIntosh County Probate Court, seeking to probate the will of John C. Williams. After the estate was fully administered, Derek Williams filed a petition for discharge and Bonnie McCallum-Walters[1], the decedent's spouse, filed an objection. On November 18, 2024, the probate court found that McCallum-Walters did not have standing to object to the petition and granted the discharge. On December 27, 2024, McCallum-Walters filed an application for discretionary appeal with the Supreme Court, seeking review of the November 18 order. Finding no basis for exercising its jurisdiction, the Supreme Court transferred the application to this Court. See Case No. S25D0562 (Jan. 23, 2025). We, however, lack jurisdiction.

Pretermitting whether McCallum-Walters's application is timely, she has no right of appeal to this Court from an order of the McIntosh County Probate Court because, according to the 2020 census, McIntosh County does not have a population in excess of 90,000 persons. See OCGA §§ 15-9-123 (a) & 15-9-120 (2). Rather, final orders of the McIntosh County Probate Court are to be appealed to the superior court.

---

[1] This Court will refer to the applicant as "Bonnie McCallum-Walters," since that is how she frequently refers to herself.

See OCGA § 5-3-2 (a).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988). Accordingly, this application is hereby TRANSFERRED to the McIntosh County Superior Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  02/18/2025

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*